IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONNIE E. MAY, )
)
       Plaintiff, )
)
       v. )    1:22CV1039
)
N.C DEPT. OF ADULT CORRECTION,)
et al., )
)
       Defendant(s). )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted an application to proceed *in forma pauperis* but no other papers. It appears captioned as a likely civil rights action pursuant to 42 U.S.C. § 1983. Therefore, the Court treated the filing as such an action. Nevertheless, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.    The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review. Plaintiff submitted an *in forma pauperis* application, but did not include the total amount of deposits into his prison trust account for the last six months. He must provide this information. If he does not know the total, he must provide his best good faith estimate.

2.    The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d). As stated above, Plaintiff did not submit any type of complaint form.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects of the present Complaint. Because the Court is not certain of the type of action Plaintiff seeks to file, it will not send forms at this time. However, Plaintiff should request the proper forms for his action. If he seeks to file a habeas case, such as a petition under 28 U.S.C. § 2254, he should request those forms instead. Finally, the Court notes that Plaintiff is housed at Tabor Correctional Institution, which is located in the Eastern District of North Carolina. To the extent Plaintiff chooses to file a new Complaint about events that occurred there against Defendants located there, venue would be proper in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in that District. See 28 U.S.C. § 1391(b). The address is: 310 New Bern Avenue, Room 574, Raleigh, NC 27601.[1]

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

---

[1] If Plaintiff chooses to re-file his complaint here in this District, he should correct all of the matters noted above and should also include a statement addressing the proper venue in this case, for the Court's consideration in determining whether this case must be transferred to a proper district pursuant to 28 U.S.C. § 1406.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited above.

This, the 10th day of October, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge